U. S. DISTRICT COURT JUDGE MARSHA J. PECHMAN
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GARY M. THOMAS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KEN QUINN,<br><br>　　　　　Respondent. | NO.   C06-0153-MJP-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

　　　Respondent, Ken Quinn, having filed a Motion for Extension of Time to File Answer, and the Court being fully advised and having examined the files herein;

　　　NOW THEREFORE, it is hereby

　　　ORDERED that Defendants' Motion for Extension of Time to File Answer in this matter be and the same is hereby granted.

　　　DATED this <u>31st</u> day of May, 2006.

　　　　　　　　　　　　　　　　<u>s/ Mary Alice Theiler</u>
　　　　　　　　　　　　　　　　United States Magistrate Judge

Submitted by:
ROB MCKENNA
Attorney General

<u>/s/ Donna H. Mullen</u>
DONNA H. MULLEN, WSBA #23542
Assistant Attorney General

---

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR EXTENSION OF TIME
TO FILE ANSWER
C06-0153-MJP-MAT

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

# CERTIFICATE OF SERVICE

I hereby certify that, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service the document to the following non CM/ECF participants:

GARY M. THOMAS  DOC #127649
MONROE CORRECTIONAL COMPLEX
WASHINGTON STATE REFORMATORY
PO BOX 777
MONROE  WA  98272-0777

EXECUTED this 11th of May, 2006 at Olympia, WA.

  /s/Terri Gottberg
 TERRI GOTTBERG