U. S. DISTRICT COURT JUDGE MARSHA J. PECHMAN
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GARY M. THOMAS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KEN QUINN,<br><br>　　　　　　Respondent. | NO.  C06-0153-MJP-MAT<br><br>[PROPOSED] ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Respondent, Ken Quinn, having filed a Motion for Extension of Time to File Answer, and the Court being fully advised and having examined the files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Second Motion for Extension of Time to File Answer in this matter be and the same is hereby granted.

DATED this 7th day of July, 2006.

　　　　　　　　　　　　　　　　s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　United States Magistrate Judge

Submitted by:
ROB MCKENNA
Attorney General

/s/ Donna H. Mullen
DONNA H. MULLEN, WSBA #23542
Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service the document to the following non CM/ECF participants:

GARY M. THOMAS  DOC #127649
MONROE CORRECTIONAL COMPLEX
WASHINGTON STATE REFORMATORY
PO BOX 777
MONROE  WA  98272-0777

EXECUTED this 15th day of July, 2006 at Olympia, WA.

   /s/Darlene Jacobs
  DARLENE JACOBS