```
                                    ENTERED
01  FILED           RECEIVED
    LODGED
02              OCT 30 2006

03            AT SEATTLE
         CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
04                                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GARY M. THOMAS, | ) | CASE NO. C06-0153-MJP |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | HABEAS PETITION WITH |
| KEN QUINN, | ) | PREJUDICE |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice; and,

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 30 day of October, 2006.

            /s/ Marsha J. Pechman
            MARSHA J. PECHMAN
            United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

06-CV-00153-ORD